IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>vs.<br><br>MARIA E. TERRAZAS,<br>                Defendant. | 8:12CR301<br><br>ORDER |

      This matter is before the Court on defendant's motion for compassionate release, Filing No. 115. This Court ordered the public defender's office to file a brief within fourteen days of November 10, 2020 and ordered the probation office to file a report within 30 days of November 10, 2020. Defense counsel has filed the requested document, Filing No. 118, and the probation office has filed its investigative report, Filing No. 120. To date, the government has not made an appearance or filed a brief in response.

      In addition, the defendant filed what appeared to be a workable release plan. She proposed to live with her mother, and her mother agreed. However, her Mom lives in H.U.D. housing, and the probation officer reports that H.U.D. will not allow Ms. Terrazas to live in H.U.D. housing with her mother. So, that plan is not viable.

      In light of the above, the Court will give the defendant 30 days from the date of this Order to propose a suitable alternative release plan. Thereafter, the probation office shall have 21 days to file an amendment to the investigative report advising the Court on this new proposed placement.

1

2

The government is ordered to immediately file a notice of appearance and to file its brief within 7 days of the date of this order.

IT IS SO ORDERED.

Dated this 18th day of December, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge